## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANDREW BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 16 C 4459 |
| | ) |
| UNIT STAFF, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

Pro se prisoner plaintiff Andrew Bryant ("Bryant") has brought an action naming four defendants, all of whom are affiliated with FCI Terre Haute, Indiana. Bryant himself lists FCI Forrest City, Arkansas as the place where he is now in federal custody. Clearly he has no business bringing this action in this District Court in Illinois, and he certainly ought to know better.

Accordingly this Court sua sponte dismisses this action for improper venue (and it certainly appears to be vulnerable on jurisdictional grounds as well). That however is not the end of his difficulties, for he owes the judicial system the payment of a $400 filing fee[1] under the teaching of such cases as Thurman v. Gramley, 97 F.3d 185, 187 (7th Cir. 1996) and Newlin v. Helman, 123 F.3d 429,432 (7th Cir. 1997). This Court will leave it to the appropriate authorities to enforce that obligation.

_____
Milton I. Shadur
Date: April 25, 2016          Senior United States District Judge

---

[1] Because Bryant's initial filing did not include a 28 U.S.C. § 1915 effort to proceed in forma pauperis, he is not eligible to pay that fee under the installment plan provided by that statute.